UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                            Case No.  10-cr-80-02/05-SM

<u>Anthony Scott, Ashley Scala,</u>
<u>Gary Patch and Maria Valdez</u>

### O R D E R

Defendant Patch's motion to continue the final pretrial conference and trial is granted (document 27). Trial has been rescheduled for the October 2010 trial period. Defendant Patch shall file a waiver of speedy trial rights not later than 7/30/2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   October 8, 2010 at 2:30 p.m.

**Jury Selection**: October 19, 2010 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

July 22, 2010

cc: Andrew Winters, Esq.
Patrick Richard, Esq.
Harry Starbranch, Jr., Esq.
Raymond Buso, Esq.
Mary Teczar, Esq.
Jennifer Davis, AUSA
US Probation
US Marshal