UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

         v.                          Case No. 10-cr-80-02/03/04/05-SM

Anthony Scott, Ashley Scala,
Gary Patch and Maria Valdez

O R D E R

     The defendant Gary Patch, through counsel, has moved to continue the trial scheduled for October 19, 2010 for a period of 60 days, citing a conflict with a previously scheduled homicide trial in the Hillsborough County Superior Court.  Co-defendants do not object, nor does the government object to a continuance of the trial date.

     Accordingly, for the above reasons, the court will continue the trial from October 19, 2010 to January 19, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the

public and the defendants in a speedy trial.  The defendant shall file a waiver of speedy trial not later than September 24, 2010.

Final Pretrial Conference:          January 7, 2011 at 1:30 PM

Jury Selection:                           January 19, 2011 at 9:30 AM

SO ORDERED.

September 24, 2010

_____
Steven J. McAuliffe
Chief  Judge

cc:   Counsel of Record
        U. S. Probation
        U. S. Marshal

2