UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                                Case No. 10-cr-80-02/03/04/05-SM

Anthony Scott, Ashley Scala,
Gary Patch and Maria Valdez

O R D E R

      The defendant Gary Patch, through counsel, has moved to continue the trial scheduled for January 19, 2011 for a period of 90 days, citing the need for additional time to explore whether defendant Patch is an appropriate candidate for the LASER docket. Co-defendants do not object, nor does the government object to a continuance of the trial date.

      Accordingly, for the above reasons, the court will continue the trial from January 19, 2011 to April 19, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and

the defendants in a speedy trial. The defendant shall file a waiver of speedy trial not later than December 27, 2010.

    Final Pretrial Conference:    April 8, 2011 at 2:00 PM

    Jury Selection:    April 19, 2011 at 9:30 AM

    SO ORDERED.

December 21, 2010

    _____
    Steven J. McAuliffe
    Chief Judge

cc:  Counsel of Record
    U. S. Probation
    U. S. Marshal