**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | 10-CR-80-04-SM |
| | ) | |
| GARY PATCH | ) | |

**NOTICE OF APPEAL**

Defendant, Gary Patch, through counsel, Andrew S. Winters, respectfully appeals to the First Circuit of Appeals the conviction and sentence imposed on September 30, 2011 and entered on October 3, 2011

                                        Respectfully Submitted,
                                        Gary Patch
                                        By his Attorney,

Date: October 28, 2011              /s/ Andrew S. Winters
                                        Andrew S. Winters
                                        NH Bar # 14268
                                        Cohen & Winters, PLLC
                                        101 North State Street
                                        Suite 1
                                        Concord, NH  03301
                                        603) 224-6999

**CERTIFICATE OF SERVICE**

I, Andrew S. Winters, herein certify that on this 28th day of October, 2011, a copy of the within was electronically delivered to Assistant United States Attorney Jennifer C. Davis.

                                        /s/ Andrew S. Winters
                                        Andrew S. Winters