UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.#   Criminal No. 10-cr-80-04-SM                                              C.C.A.#

2. TITLE OF CASE:   United States of America v. Gary Patch

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Steven J. McAuliffe, Chief Judge

6. COURT REPORTER(S) & DATES:
   Sandra Bailey, 9/30/11, 6/20/11

   TRANSCRIPTS ORDERED / ON FILE          NO

7. HEARING / TRIAL EXHIBITS              N/A

8. COURT-APPOINTED COUNSEL               YES

9. FEE PAID                              NO

10. IN FORMA PAUPERIS                    YES

11. MOTIONS PENDING                      NO

12. GUIDELINES CASE                      NO

13. RELATED CASES ON APPEAL              NO

   C.C.A. # (IF AVAILABLE):

   DATE OF LAST N OF A:

14. SPECIAL COMMENTS: