UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

  v.                Criminal No. 10-cr-80-04-SM

Gary Patch

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

  I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

  DOCUMENTS NUMBERED: 1-3, 15, 18, 19, 22, 27-30, 33-35, 38, 41-44, 47-49, 54, 56, 61, 77, 88, 89, 91, 93, 96, 97

  The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

  The following non-electronic documents will be forwarded to the Circuit Court of Appeals on this date:

  The Presentence Investigation Report is also mailed this date under seal.

                IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, Date: October 28, 2011

                **JAMES R. STARR, Clerk**

                **By: /s/ Vincent L. Negron, Deputy Clerk**
                Oct 28, 2011

cc:  Counsel of Record