# United States Court of Appeals
## For the First Circuit

No. 11-2286

UNITED STATES

Appellee

v.

GARY PATCH

Defendant - Appellant

**MANDATE**

Entered: April 17, 2013

In accordance with the judgment of March 26, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Seth R. Aframe
Jennifer C. Davis
Paul J. Garrity
Gary Patch