# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

November 17, 2014

Gary Patch #11804-049
Federal Correction Institution McKean
PO Box 800
Bradford, PA  16701

Re: 10-cr-80-04-SM; US v. Gary Patch

Dear Mr. Patch:

    I am writing in response to your letter dated November 17, 2014, in which you request confirmation of the filing of your Motion for Reduction of Sentence.  Please be advised that the court does not confirm the filing of documents (Local Rule 77.3(b)).

                                      Very truly yours,

                                      Daniel J. Lynch, Clerk

                              By:    /s/ Judith A. Barrett

                                      Judith A. Barrett
                                      Deputy Clerk